Eastern District of Kentucky
**FILED**

JUL 24 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**UNITED STATES OF AMERICA**

V.                                              INDICTMENT NO. 6:25-cr-063-CHB

**JASPER McCANN**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about May 12, 2024, in Rockcastle County, in the Eastern District of Kentucky,

**JASPER McCANN**

did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

Before **JASPER McCANN** committed the offense charged in this count, **JASPER McCANN** had a final conviction for a serious drug felony, namely, a conviction under KRS 218A.1412, trafficking in a controlled substance first degree, first offense, greater than or equal to 10 dosage units, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant

offense.

## COUNT 2
## 18 U.S.C. § 922(g)(1)

On or about May 12, 2024, in Rockcastle County, in the Eastern District of Kentucky,

**JASPER McCANN,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, specifically: (1) a Springfield, Model XD-9 Sub-Compact, 9mm caliber pistol with serial number US985881; (2) a Ruger, Model 22/45 Mark III, .22 caliber pistol with serial number 228-41968; (3) a Cobra Enterprises, Inc./Kodiak, CA32, .32 caliber pistol with serial number CP060897; and (4) a SCCY Industries, LLC., Model CPX-2, 9mm caliber pistol with serial number C016193, and the firearms were in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS
## 21 U.S.C. § 853
## 18 U.S.C. § 924(d)(1)
## 28 U.S.C. § 2461

1.  By virtue of the commission of the felony offenses alleged in Count 1 of the Indictment, **JASPER McCANN** shall forfeit to the United States any and all property used, or intending to be used, to commit and to facilitate the commission of the violations of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. § 841. Any and all interest that **JASPER McCANN** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. By virtue of the commission of the offenses alleged in Count 2 of the Indictment, **JASPER McCANN** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation(s) of 18 U.S.C. § 922. Any and all interest that **JASPER McCANN** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3. The property to be forfeited includes, but is not limited to, the following which were seized from Jasper McCann on or about May 12, 2024:

### FIREARMS:

a. Springfield, Model XD-9 Sub-Compact, 9mm caliber pistol with serial number US985881;
b. Ruger, Model 22/45 Mark III, .22 caliber pistol with serial number 228-41968;
c. Cobra Enterprises, Inc./Kodiak, CA32, .32 caliber pistol with serial number CP060897;
d. SCCY Industries, LLC., Model CPX-2, 9mm caliber pistol with serial number C016193; and
e. All associated ammunition and accessories.

**A TRUE BILL**

**FOREPERSON**

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

# PENALTIES

## COUNT 1:

Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

> **If Prior Serious Drug Felony:** Not less than 10 years nor more than life imprisonment, not more than a $8,000,000 fine, and at least 8 years supervised release.

## COUNT 2:

Not more than 15 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Forfeiture of listed items.